## CLARENCE DiBLASI *v.* THEODORE BROWN ET AL.
## (6144)

DUPONT, C. J., SPALLONE and FOTI, Js.

Argued October 14—decision released November 7, 1988

*Michael A. D'Amico,* for the appellant (defendant Carol Russo).

*Denise Derby,* for the appellee (plaintiff).

PER CURIAM. The defendant Carol Russo's claims of error implicate the fact finding function of the trial

court. We will not retry the case. Our review fails to disclose that the factual findings of the court were clearly erroneous in view of the evidence and pleadings in the whole record, or that the decision was otherwise erroneous in law. Practice Book § 4061.

There is no error.